

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00485-CV

| | | |
|---|---|---|
| MOHAMMED "MIKE" ALI, D/B/A TIMELESS JEWELERS, FARAH ALI, AND ALL OCCUPANTS OF SPACE NO. 1176, Appellants | § § | On Appeal from County Court at Law No. 1 of Tarrant County (2022-006382-1) |
| | § | |
| V. | § | May 18, 2023 |
| PARKS AT ARLINGTON, LLC, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the county court's order. It is ordered that the county court's order is affirmed.

It is further ordered that appellants Mohammed "Mike" Ali, d/b/a Timeless Jewelers, Farah Ali, and All Occupants of Space No. 1176 shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack